Official Form 1 (4/07)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Podolak, Kimberly A.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA Silver Bullet Hauling, Inc.** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all): **xxx-xx-7485** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **1500 Skylark Ln.** **Plainfield, IL** ZIP Code **60586** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07) FORM B1, Page 2

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): **Podolak, Kimberly A.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)     **FORM B1**, Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Podolak, Kimberly A.** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X  /s/ Kimberly A. Podolak** <br> Signature of Debtor **Kimberly A. Podolak** <br><br> **X** _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> **November 15, 2007** <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br> (Check only one box.) <br> ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. <br> ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> **X** _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |

| **Signature of Attorney** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X  /s/ Robert N. Honig** <br> Signature of Attorney for Debtor(s) <br><br> **Robert N. Honig 6216254** <br> Printed Name of Attorney for Debtor(s) <br><br> **Robert N. Honig** <br> Firm Name <br><br> **276 N. Addison Ave.** <br> **Elmhurst, IL 60126** <br><br> Address <br><br> **(630) 834-1800** <br> Telephone Number <br><br> **November 15, 2007** <br> Date | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> **X** _____ <br><br> _____ <br> Date <br><br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above. <br><br> Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** _____ <br> Signature of Authorized Individual <br><br> _____ <br> Printed Name of Authorized Individual <br><br> _____ <br> Title of Authorized Individual <br><br> _____ <br> Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

**Official Form 1, Exhibit D (10/06)**

# United States Bankruptcy Court
## Northern District of Illinois

In re **Kimberly A. Podolak**                                        Case No.
                              Debtor(s)                              Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Kimberly A. Podolak**
                            **Kimberly A. Podolak**

Date:  **November 15, 2007**

.

Ace USA/Wilmington Financial Center
Routing 1275
One Beaver Valley Road
Wilmington, DE 19850


All Credit Lenders/CMK Investments
1924 A Plainfield Rd.
Crest Hill, IL 60435


AMC Mortgage Services
P.O. Box 5926
Carol Stream, IL 60197-5926


American General Finance
3632 W. 95th St.
Evergreen Park, IL 60805-2106


American General Finance
12337 S. State R. 59 Unit 20
Plainfield, IL 60585-4605


American General Financial Services
Attn.: Laura Hrisko, Esq.
20 N. Clark St. Suite 2600
Chicago, IL 60602-4109


AmeriCash Loans LLC
1726 Jefferson Blvd.
Joliet, IL 60435


Andreou & Casson, Ltd.
661 W. Lake St., Suite 2 North
Chicago, IL 60661-1034


Beneficial
c/o GC Services Collection Agency
P.O. Box 2667
Houston, TX 77252-2667


Blatt, Hasenmiller, Leibsker, et al
125 S. Wacker Dr.
Suite 400
Chicago, IL 60606-4400

Brown & Joseph Ltd.
P.O. Box 69838
Schaumburg, IL 60159


Capital One Bank
P.O. Box 26094
Richmond, VA 23260-6094


Capital One FSB
P.O. Box 85149
Richmond, VA 23295


CCS
P.O. Box 55126
Boston, MA 02205-5126


Cedar Rustic Fence Co.
99 Republic Ave.
Joliet, IL 60435


Comcast
P.O. Box 3002
Southeastern, PA 19398-3002


Credit Protection Assoc.
P.O. Box 9037
Addison, TX 75001-9037


Donna Davidek
912 Juniper Ct.
Marco Island, FL 34145


Dell Financial Services
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292


Direct TV
P.O. Box 9001069
Louisville, KY 40290


Earl Foster/Shelly Allen
905 Main St.
Braidwood, IL 60408

Edgerton & Edgerton
125 Wood St.
P.O. Box 218
West Chicago, IL 60186-0218


Fleetone LLC
MSC 30425
P.O. Box 41500
Nashville, TN 37241-5000


Earl Dean Foster/Shelly~Allen
P.O. Box 303
South Wilmington, IL 60474


Fred Meyer Jewelers
Citicorp Credit Services
Box 3136
Milwaukee, WI 53201-3136


Donald B. Garvey, Esq.
1 S 376 Summit
Oakbrook Terrace, IL 60181


GMAC
P.O. Box 901009
Fort Worth, TX 76101-2009


Belinda Helminiak
7518 Cleveland
Niles, IL 60714


Heniff Transportation Systems
5240 W. 123rd Placd
Alsip, IL 60803


Home Depot Credit Services/Citibank
Processing Center
Des Moines, IA 50364-0500


Household Finance Corp.
P.O. Box 8873
Virginia Beach, VA 23450-8873

HSBC Mastercard  
P.O. Box 17051  
Baltimore, MD 21297-1051

Illinois Commerce Commission  
c/o Harvard Collection Services  
4839 N. Elston Ave.  
Chicago, IL 60630-2534

Illinois Department of Revenue  
101 W. Jefferson St.  
Springfield, IL 62794

Internal Revenue Service  
230 S. Dearborn  
Stop 5010CHI  
Chicago, IL 60604

Izzo Insurance Services, Inc.  
7234 W. North Ave.  
Elmwood Park, IL 60707

Jacob Collection Group LLC  
2623 W Oxford Loop  
Oxford, MS 38655-5442

JX Financial  
P.O. Box 68 4067  
Milwaukee, WI 53268

Chris Kapolas  
c/o Payville USA  
800 Enterprise Dr.  
Oak Brook, IL 60523

Lewis G. Gardner  
1500 Skylark Lane  
Plainfield, IL 60586

Lighthouse Financial  
232 S. Larkin Ave.  
Joliet, IL 60436

```
LVNV Funding LLC
P.O. Box 10497
Greenville, SC 29603


Miller Insurance Brokerage Inc.
12318 S. Cicero Ave.
Alsip, IL 60803


MRS Associates Inc.
3 Executive Campus Suite 400
Cherry Hill, NJ 08002


Navistar Financial
3842 Harlem Road
Buffalo, NY 14215


NCB Managment Services
P.O. Box 1099
Langhorne, PA 19047


NCO Financial
507 Prudential Rd.
Horsham, PA 19044-2308


NCO Financial System
P.O. Box 15630 Dept. 23
Wilmington, DE 19850-5630


Nextel
P.O. Box 4191
Carol Stream, IL 60197-4191


Northstar Location Services
Attn.: Financial Services Dept.
4285 Genesee St.
Cheektowaga, NY 14225-1943


Northstar Location Services, LLC
Attn: Financial Services Dept.
600 Essjay Rd., Ste. 10
Buffalo, NY 14221-8241


Pioneer Credit Recovery
26 Edward Street
Arcade, NY 14009
```

```
Platinum Acceptance
c/o Walinski & Trunkett P.C.
25 E. Washington #1221
Chicago, IL 60602


Platinum Acceptance
P.O. Box 545
Schererville, IN 46375


Pomps Tire Service/CAB Services
60 Barney Drive
Joliet, IL 60435


Progressive Insurance
P.O. Box 30108
Tampa, FL 33630-3108


RMS
260 E. Wentworth Ave.
W. St. Paul, MN 55118-3525


Sears Credit Cards
P.O. Box 183081
Columbus, OH 43218-3081


Sears Credit Cards/Citibank
P.O. Box 183082
Columbus, OH 43218-3082


Silver Bullet Hauling
1500 Skylark Lane
Plainfield, IL 60544


Silver Bullet Hauling, Inc.
1500 Skylark Lane
Plainfield, IL 60544


Snap-On Credit
c/o Hasselberg, Rock Bell & Kuppler
4600 Brandywine Dr.,Suite 200
Peoria, IL 61614-5591


Leota Sproule
6017 Coral Lake Dr.
Margate, FL 33063
```

```
Standard Truck Center
P.O. Box 913
Hackettstown, NJ 07840


Stepco Leasing, Ltd.
22570 W. Hwy 60
Grayslake, IL 60030


Suburban Teamsters of No. Illinois
c/o Arnold and Kadjan
19 W. Jackson Blvd. Suite 300
Chicago, IL 60604


TCF National Bank
c/o ACC International
919 Estes Court
Schaumburg, IL 60193-4427


Teller Levit & Silvertrust
11 E. Adams St.
Chicago, IL 60603


The Garbis Law Firm LLC
7101 N Cicero Ave
Ste 104
Lincolnwood, IL 60712


Thomas D. Chase
574 N. McLean Blvd. #2B
Elgin, IL 60123


TMW Equipment Repair
661 W. Lake St.
Chicago, IL 60661


U.S. Cellular
P.O. Box 55126
Boston, MA 02205


U.S. Cellular
c/o Portfolio Recovery Assoc.
120 Corporate Blvd. Suite 100
Norfolk, VA 23502-4692
```

```
United Recovery Systems
5800 N. Course Dr.
Houston, TX 77072


University Management Assoc.
223B Stiger St. Suite 12
P.O. Box 913
Hackettstown, NJ 07840-0913


Valentine & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842


Wells Fargo Financial Bank
c/o Blatt Hasenmiller Leibsker
125 S. Wacker Dr. #400
Chicago, IL 60606-4440
```